# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CAMILLE L. TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER J. ROBINSON, *et al.*,<br><br>        Defendants. | 2:17-cv-01038-JCM-VCF<br>**ORDER** |

Before the Court is the Stipulation to Extend Discovery (ECF No. 19).

The stipulation to extend discovery deadlines references an anticipated motion by Plaintiff to request extensions of expert deadlines,

IT IS HEREBY ORDERED that that Plaintiff must file her motion for extension of expert deadlines on or before July 26, 2018. Any opposition to Plaintiff's motion for extension of expert deadline must be filed on or before July 30, 2018. No reply necessary.

IT IS FURTHER ORDERED that a hearing on the Stipulation to Extend Discovery (ECF No. 19) is scheduled for 1:00 PM, August 1, 2018, in Courtroom 3D.

DATED this 19th day of July, 2018.

                                                                                  _____<br>
                                                                                  CAM FERENBACH<br>
                                                                                  UNITED STATES MAGISTRATE JUDGE