LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER JONATHAN ROBINSON and OFFICER PAUL AKE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMILLE L. TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER J. ROBINSON, individually and in his official capacity; OFFICER P. AKE, individually and in his official capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; ROES IX through XX, inclusive;<br><br>Defendants | Case No.: 2:17-cv-01038-JCM-VCF<br><br>**STIPULATION AND ORDER TO STAY DISPOSITIVE MOTION DEADLINE**<br><br>**(Second Request)** |

Plaintiff, Camille Taylor ("Plaintiff") and Defendants, Las Vegas Metropolitan Police Department, Jonathan Robinson, and Paul Ake ("LVMPD Defendants") agree and stipulate to stay the dispositive motion deadline currently set for December 17, 2018. As the parties represented to this Court in their first and second requests to extend this deadline, [ECF Nos. 24 and 26], the parties were actively engaged in settlement discussions. The parties have come to a settlement that will resolve all claims in this matter. However, there are certain conditions that need to be met prior to the settlement being fully effectuated. The parties anticipate that it will

take an additional sixty (60) to ninety (90) days for the settlement to be finalized. Thereafter, the parties will promptly file a Stipulation and Order to Dismiss. As such, the parties respectfully request that the dispositive motion deadline be stayed at this time to allow the parties to finalize the settlement.

The parties agree however, that by entering into this Stipulation, in the event the settlement cannot be effectuated for any reason, no party waives their right to advise the Court of same and file a dispositive motion.

This delay will not have an impact on the proceedings because the stay will likely resolve these proceedings entirely. Moreover, no trial date has been set. There is no danger of prejudice to either party and, in fact, the parties should be afforded the necessary time to effectuate the settlement. This is in the best interest of the parties and the Court.

DATED this 14th day of December, 2018.

| KAEMPFER CROWELL | E. BRENT BRYSON, P.C. |
|---|---|
| By: */s/ Lyssa Anderson* <br> Lyssa Anderson, Esq. <br> Nevada Bar No. 5781 <br> 1980 Festival Plaza Dr., Suite 650 <br> Las Vegas, Nevada 89135 <br> **Attorneys for Defendants** | By: */s/ E. Brent Bryson* <br> E. Brent Bryson, Esq. <br> 7730 West Sahara Ave., Suite 109 <br> Las Vegas, NV 89117 <br> **Attorney for Plaintiff** |

**IT IS SO ORDERED:**

DATED this 25th day of March, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, April 25, 2019, in Courtroom 3D.

20181213 SAO to Stay Dispositive Mtn Deadline.DOC  6943.126

Page 2 of 2